JESSICA BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants SHANNON L. EVANS, LTD d/b/a Evan and Associates, and SHANNON L. EVANS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA PALMERO, individually, and KRISTINA PALMERO and REDGE BENDHEIM as Trustees of the Ruth Cook Living Trust as established on June 17, 1982, as thereafter Restated and subsequently Amended (the Ruth Cook Living Trust), the Leo W. Cook Marital QTIP Trust as established under the Ruth Cook Living Trust, the Kristina Cook Residual Trust as established under the Ruth Cook Living Trust, and the Kristina Palmero Residual Trust as established under The Ruth Cook Living Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANNON L. EVANS, LTD d/b/a Evan and Associates, a Nevada domestic professional corporation, SHANNON L. EVANS, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02942-EJY<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

COMES NOW Defendants SHANNON L. EVANS, LTD d/b/a Evan and Associates, and SHANNON L. EVANS ("Defendants") by and through their counsel of record, Jessica Beeler, Esq. of the Law Firm LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiffs, KRISTINA PALMERO, individually, and KRISTINA PALMERO and REDGE BENDHEIM as Trustees of the Ruth Cook Living Trust as established on June 17, 1982, as thereafter Restated and subsequently

Amended (the Ruth Cook Living Trust), the Leo W. Cook Marital QTIP Trust as established under the Ruth Cook Living Trust, the Kristina Cook Residual Trust as established under the Ruth Cook Living Trust, and the Kristina Palmero Residual Trust as established under The Ruth Cook Living Trust, ("Plaintiffs") by and through their counsel of record, Robert Rabbat of RABBAT LAW, P.C., hereby stipulate and agree that this matter be remanded to the Eighth Judicial District Court, Department 8, Case No. A-26-953112-C. The parties further stipulate that each party to bear their own attorney's fees and costs only as to the issue of remand.

DATED September 24, 2026

**RABBAT LAW, P.C.**

By: /s/ *Robert Rabbat*
Robert Rabbat
Nevada Bar No. 12633
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, NV 89141
Attorneys for Plaintiffs

DATED September 24, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Jessica Beeler*
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant Chic-Nevada, Inc.

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Clerk of Court must close this case.

UNITED STATES MAGISTRATE JUDGE

DATED: September 24, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW